## ATTACHMENT A

**Description of property and location to be searched**

Content of files uploaded in connection with CyberTipline Report #189277611 (hereinafter and in Attachment B the "File(s)"), currently held securely by Homeland Security Investigations at 210 Kanawha Boulevard West, Charleston, WV 25302.